UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Anatoly Mikhailovich Karachinskiy** )<br>    7, Ave. Princesse Grace )<br>    Monaco, 98000 )<br> )<br>                            *Plaintiff,* )<br> )<br>            v. )<br> )<br>**ANTONY J. BLINKEN** )<br>**In his official capacity as** )<br>    **Secretary of the United States** )<br>    **Department of State** )<br>    2201 C St., NW )<br>    Washington, D.C. 20037 )<br> )<br>    and )<br> )<br>**THE UNITED STATES DEPARTMENT** )<br>**OF STATE** )<br>    2201 C Street, NW )<br>    Washington, D.C. 20037 )<br> )<br>    and )<br> )<br>**JIM MULLINAX,** )<br>**in his official capacity as** )<br>    Director of the )<br>    United States Department of State )<br>    Bureau of Economic and Business Affairs )<br>    Office of Economic Sanctions Policy )<br>    & Implementation )<br>    2201 C St., NW )<br>    Suite #4657 )<br>    Washington, D.C. 20037 )<br> )<br>    and )<br> )<br>**THE UNITED STATES DEPARTMENT** )<br>**OF STATE, OFFICE OF ECONOMIC** )<br>**SANCTIONS POLICY** )<br>**AND IMPLEMENTATION** ) | CASE. NO. 22-cv-3699-DLF |

    2201 C Street, NW        )
    Suite #4657        )
    Washington, D.C. 20037        )
        )
    and        )
        )

**JANET YELLEN**        )
**in her official capacity as**        )
    **Secretary of the United States**        )
    **Department of the Treasury**        )
    1500 Pennsylvania Ave., NW        )
    Washington, D.C. 20220        )
        )
    and        )
        )

**THE UNITED STATES DEPARTMENT OF**        )
**THE TREASURY**        )
    1500 Pennsylvania Ave., NW        )
    Washington, D.C. 20220        )
        )
    and        )
        )

**ANDREA M. GACKI**        )
**in her official capacity as**        )
    **Director of the**        )
    **United States Department of the Treasury**        )
    **Office of Foreign Assets Control**        )
    1500 Pennsylvania Avenue, NW        )
    Freedman's Bank Building        )
    Washington, D.C. 20220        )
        )
    and        )
        )

**THE UNITED STATES DEPARTMENT**        )
**OF THE TREASURY, OFFICE OF FOREIGN**        )
**ASSETS CONTROL**        )
    1500 Pennsylvania Avenue, NW        )
    Freedman's Bank Building        )
    Washington, D.C. 20220        )
        )
        )
        *Defendants.*        )
_____)

**PROOF OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4(i), 4(l), and this Court's Local Rule 5.3, undersigned counsel hereby certifies that on December 30, 2022, a copy of the summons and complaint in this matter were delivered via certified mail to Merrick B. Garland, Attorney General of the United States. A copy of the certified mail receipt is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

February 8, 2023

Respectfully submitted,

/s/ Michael Parker, Esq.
Michael Parker, Esq.
Ferrari & Associates, P.C.
655 15th St., NW
Suite 420
Washington, D.C. 20005
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: parker@falawpc.com
D.C. Bar No. 1685884

*Counsel for
Anatoly Karachinskiy*

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Merrick B. Garland
   United States Attorney General
   US Dept. of Justice — Suite 111
   950 Pennsylvania Ave NW
   Washington DC 20530

   9590 9402 3503 7275 8643 21

2. Article Number (Transfer from service label)

   7022 0410 0000 2159 0775

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt