UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Anatoly Mikhailovich Karachinskiy**<br>    7, Ave. Princesse Grace<br>    Monaco, 98000<br><br>                                    *Plaintiff,*<br><br>                v.<br><br>**ANTONY J. BLINKEN**<br>**In his official capacity as**<br>    **Secretary of the United States**<br>    **Department of State**<br>    2201 C St., NW<br>    Washington, D.C. 20037<br><br>    and<br><br>**THE UNITED STATES DEPARTMENT**<br>**OF STATE**<br>    2201 C Street, NW<br>    Washington, D.C. 20037<br><br>    and<br><br>**JIM MULLINAX,**<br>**in his official capacity as**<br>    Director of the<br>    United States Department of State<br>    Bureau of Economic and Business Affairs<br>    Office of Economic Sanctions Policy<br>    & Implementation<br>    2201 C St., NW<br>    Suite #4657<br>    Washington, D.C. 20037<br><br>    and<br><br>**THE UNITED STATES DEPARTMENT**<br>**OF STATE, OFFICE OF ECONOMIC**<br>**SANCTIONS POLICY**<br>**AND IMPLEMENTATION** | CASE. NO. 22-cv-3699-DLF |

|  |  |
|---|---|
| 2201 C Street, NW | ) |
| Suite #4657 | ) |
| Washington, D.C. 20037 | ) |
|  | ) |
| and | ) |
|  | ) |
| **JANET YELLEN** | ) |
| **in her official capacity as** | ) |
|     **Secretary of the United States** | ) |
|     **Department of the Treasury** | ) |
| 1500 Pennsylvania Ave., NW | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
| and | ) |
|  | ) |
| **THE UNITED STATES DEPARTMENT OF** | ) |
| **THE TREASURY** | ) |
| 1500 Pennsylvania Ave., NW | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
| and | ) |
|  | ) |
| **ANDREA M. GACKI** | ) |
| **in her official capacity as** | ) |
|     **Director of the** | ) |
|     **United States Department of the Treasury** | ) |
|     **Office of Foreign Assets Control** | ) |
| 1500 Pennsylvania Avenue, NW | ) |
| Freedman's Bank Building | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
| and | ) |
|  | ) |
| **THE UNITED STATES DEPARTMENT** | ) |
| **OF THE TREASURY, OFFICE OF FOREIGN** | ) |
| **ASSETS CONTROL** | ) |
| 1500 Pennsylvania Avenue, NW | ) |
| Freedman's Bank Building | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
|  | ) |
|                                    *Defendants*. | ) |
|  | ) |

## **PROOF OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4(i), 4(l), and this Court's Local Rule 5.3, undersigned counsel hereby certifies that on December 21, 2022, a copy of the summons and the complaint in this matter were delivered via effective service to Matthew Graves, United States Attorney for the District of Columbia. A copy of the email confirming receipt and acceptance of service with December 21, 2022 as the effective date of service is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

February 8, 2023

                                                                                                 Respectfully submitted,

                                                                                                 <u>/s/ Michael Parker, Esq.</u>
Michael Parker, Esq.
Ferrari & Associates, P.C.
655 15th St., NW
Suite 420
Washington, D.C. 20005
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: parker@falawpc.com
D.C. Bar No. 1685884

*Counsel for*
*Anatoly Karachinskiy*

# Exhibit A

**Subject:** RE: DDC: Karachinskiy v. Blinken et al, 22-cv-03699
**Date:** Wednesday, December 21, 2022 at 5:54:44 PM Eastern Standard Time
**From:** USADC-ServiceCivil
**To:** Michael Parker
**Attachments:** ~WRD1954.jpg

Your service package has been received and accepted with a service date of December 21, 2022.  Thank you.

**From:** Michael Parker <parker@falawpc.com>
**Sent:** Wednesday, December 21, 2022 3:47 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] DDC: Karachinskiy v. Blinken et al, 22-cv-03699

Good afternoon,

Attached, please find a civil suit against several U.S. Government agency defendants and U.S. Government officials who are sued in their official capacity.  This case is being brought in the U.S. District Court for the District of Columbia by undersigned counsel on behalf of Mr. Anatoly Karachinskiy.

As per the Court's guidance, this email and attachment should constitute effective service of process under Federal Rule of Civil Procedure 4(i)(1)(A).

Very respectfully,
Mike

**Michael Parker** | Counsel, Head of Anti-Money Laundering and Sanctions Practice

**Office** +1 202 652 2291

*This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.*