UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Anatoly Mikhailovich Karachinskiy** )<br>  7, Ave. Princesse Grace )<br>  Monaco, 98000 )<br> )<br>            *Plaintiff,* )<br> )<br>       v. )<br> )<br>**ANTONY J. BLINKEN** )<br>**In his official capacity as** )<br>  **Secretary of the United States** )<br>  **Department of State** )<br>  2201 C St., NW )<br>  Washington, D.C. 20037 )<br> )<br>       and )<br> )<br>**THE UNITED STATES DEPARTMENT** )<br>**OF STATE** )<br>  2201 C Street, NW )<br>  Washington, D.C. 20037 )<br> )<br>       and )<br> )<br>**JIM MULLINAX,** )<br>**in his official capacity as** )<br>  Director of the )<br>  United States Department of State )<br>  Bureau of Economic and Business Affairs )<br>  Office of Economic Sanctions Policy )<br>  & Implementation )<br>  2201 C St., NW )<br>  Suite #4657 )<br>  Washington, D.C. 20037 )<br> )<br>       and )<br> )<br>**THE UNITED STATES DEPARTMENT** )<br>**OF STATE, OFFICE OF ECONOMIC** )<br>**SANCTIONS POLICY** )<br>**AND IMPLEMENTATION** ) | CASE. NO. 22-cv-3699-DLF |

|  |  |
|---|---|
| 2201 C Street, NW | ) |
| Suite #4657 | ) |
| Washington, D.C. 20037 | ) |
|  | ) |
| and | ) |
|  | ) |
| **JANET YELLEN** | ) |
| **in her official capacity as** | ) |
|     **Secretary of the United States** | ) |
|     **Department of the Treasury** | ) |
| 1500 Pennsylvania Ave., NW | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
| and | ) |
|  | ) |
| **THE UNITED STATES DEPARTMENT OF** | ) |
| **THE TREASURY** | ) |
| 1500 Pennsylvania Ave., NW | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
| and | ) |
|  | ) |
| **ANDREA M. GACKI** | ) |
| **in her official capacity as** | ) |
|     **Director of the** | ) |
|     **United States Department of the Treasury** | ) |
|     **Office of Foreign Assets Control** | ) |
| 1500 Pennsylvania Avenue, NW | ) |
| Freedman's Bank Building | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
| and | ) |
|  | ) |
| **THE UNITED STATES DEPARTMENT** | ) |
| **OF THE TREASURY, OFFICE OF FOREIGN** | ) |
| **ASSETS CONTROL** | ) |
| 1500 Pennsylvania Avenue, NW | ) |
| Freedman's Bank Building | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
|  | ) |
|                               *Defendants.* | ) |

## PROOF OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(i), 4(l), and this Court's Local Rule 5.3, undersigned counsel hereby certifies that on or before January 3, 2023, a copy of the summons and the complaint in this matter were delivered via U.S. Certified Mail to all the U.S. Government Defendants named in the instant case. Undersigned counsel did not receive Certified Mail receipts from the Government Defendants; he spoke with Trial Attorney Alexander Sverdlov from the Federal Programs Branch of the U.S. Department of Justice's Civil Division on February 6, 2023, who confirmed that service was perfected on or before January 3, 2023 for all the Government Agency Defendants in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

February 8, 2023

Respectfully submitted,

/s/ Michael Parker, Esq.
Michael Parker, Esq.
Ferrari & Associates, P.C.
655 15th St., NW
Suite 420
Washington, D.C. 20005
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: parker@falawpc.com
D.C. Bar No. 1685884

*Counsel for*
*Anatoly Karachinskiy*