AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Anatoly Mikhailovich Karachinskiy | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-3699 |
| Antony J. Blinken, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Federal Defendants, Antony J. Blinken, the United States Department of State, et al.

Date: 02/15/2023

/s/ Alexander V. Sverdlov
*Attorney's signature*

Alexander V. Sverdlov (NY Bar 4918793)
*Printed name and bar number*

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
*Address*

alexander.v.sverdlov@usdoj.gov
*E-mail address*

(202) 305-8550
*Telephone number*

(202) 616-8470
*FAX number*