UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANATOLY MIKHAILOVICH KARACHINSKIY )<br>7, Ave. Princesse Grace )<br>Monaco, 98000 )<br>)<br>      *Plaintiff,* )<br>)<br>  v. )<br>)<br>**ANTONY J. BLINKEN** )<br>**In his official capacity as** )<br> Secretary of the United States )<br> Department of State )<br> 2201 C St., NW )<br> Washington, D.C. 20037 )<br>)<br>and )<br>)<br>**THE UNITED STATES DEPARTMENT** )<br>**OF STATE** )<br> 2201 C Street, NW )<br> Washington, D.C. 20037 )<br>)<br>and )<br>)<br>**JIM MULLINAX,** )<br>**in his official capacity as** )<br> Director of the )<br> United States Department of State )<br> Bureau of Economic and Business Affairs )<br> Office of Economic Sanctions Policy )<br> & Implementation )<br> 2201 C St., NW )<br> Suite #4657 )<br> Washington, D.C. 20037 )<br>)<br>and )<br>)<br>**THE UNITED STATES DEPARTMENT** )<br>**OF STATE, OFFICE OF ECONOMIC** )<br>**SANCTIONS POLICY** )<br>**AND IMPLEMENTATION** ) | CASE. NO. 22-cv-3699<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL OF ACTION<br>WITHOUT PREJUDICE |

|  |  |
|---|---|
| 2201 C Street, NW | ) |
| Suite #4657 | ) |
| Washington, D.C. 20037 | ) |
|  | ) |
| and | ) |
|  | ) |
| **JANET YELLEN** | ) |
| **in her official capacity as** | ) |
|     **Secretary of the United States** | ) |
|     **Department of the Treasury** | ) |
| 1500 Pennsylvania Ave., NW | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
| and | ) |
|  | ) |
| **THE UNITED STATES DEPARTMENT OF** | ) |
| **THE TREASURY** | ) |
| 1500 Pennsylvania Ave., NW | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
| and | ) |
|  | ) |
| **ANDREA M. GACKI** | ) |
| **in her official capacity as** | ) |
|     **Director of the** | ) |
|     **United States Department of the Treasury** | ) |
|     **Office of Foreign Assets Control** | ) |
| 1500 Pennsylvania Avenue, NW | ) |
| Freedman's Bank Building | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
| and | ) |
|  | ) |
| **THE UNITED STATES DEPARTMENT** | ) |
| **OF THE TREASURY, OFFICE OF FOREIGN** | ) |
| **ASSETS CONTROL** | ) |
| 1500 Pennsylvania Avenue, NW | ) |
| Freedman's Bank Building | ) |
| Washington, D.C. 20220 | ) |
|  | ) |
|  | ) |
|               *Defendants*. | ) |
|  | ) |

**WHEREAS**, on May 19, 2023, the Plaintiff, Anatoly Karachinskiy, received official notification from the defendants that his administrative request for reconsideration of his sanctions designation had been adjudicated; and

**WHEREAS**, the Plaintiff's name was removed from the Specially Designated Nationals and Blocked Persons List (the "SDN List") and his sanctions designation was rescinded; and

**WHEREAS**, the instant action sought relief in the form of the defendants adjudicating the Plaintiff's administrative request for reconsideration of his sanctions designation and the removal of his name from the SDN List.

**NOW, THEREFORE,** Plaintiff, Anatoly Karachinskiy, hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 19, 2023

Respectfully submitted,

/s/ Michael Parker
Michael Parker, Esq.
Ferrari & Associates, P.C.
655 15th St., NW
Suite 420
Washington, D.C. 20005
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: parker@falawpc.com
D.C. Bar No. 1685884

*Counsel for*
*Anatoly Karachinskiy*
